In the Matter of the Estate of ALICE F. M. WOOD, an Incompetent Person.

WHITMAN S. MEAD et al., as Committee of AUGUSTUS T. GILLENDER et al., Appellants; HENRY A. W. WOOD, as Committee of ALICE F. M. WOOD, Respondent.

*Matter of Wood,* 115 App. Div. 893, affirmed.
(Argued October 2, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1906, which affirmed an order of Special Term confirming the report of a referee in an action for an accounting.

*William W. Munford, Origen S. Seymour, Leonidas Dennis* and *Robert Gray* for appellants.

*Charles De Hart Brower* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.